1   Vijay J. Patel
    Attorney at Law: 285585
    Law Offices of Lawrence D. Rohlfing
2   12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
3   Tel.: (562)868-5886
    Fax: (562)868-8868
4   E-mail: rohlfing.office@rohlfinglaw.com

5   Attorneys for Plaintiff
    Margarita Salvador Telles
6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  MARGARITA SALVADOR TELLES, )  Case No.: 2:13-cv-09569-SP
                               )
11                             )   ORDER AWARDING EQUAL
              Plaintiff,       )  ACCESS TO JUSTICE ACT
12                             )  ATTORNEY FEES AND EXPENSES
        vs.                    )  PURSUANT TO 28 U.S.C. § 2412(d)
13  CAROLYN W. COLVIN, Acting  )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security, )  U.S.C. § 1920
14                             )
                               )
15            Defendant        )
                               )
16  _____)

17

18         Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20         IT IS ORDERED that fees and expenses in the amount of $5,750.00 as

21  authorized by 28 U.S.C. § 2412, and costs in the amount of $60.00 as authorized

22  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
    DATE:  December 4, 2014

23                          _____/s/_____
                            THE HONORABLE SHERI PYM
24                          UNITED STATES MAGISTRATE JUDGE

25

26

                                    -1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3          /s/ *Vijay J. Patel*
     _____

4    Vijay J. Patel
     Attorney for plaintiff Margarita Salvador Telles

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26